■ In the Matter of HENRY C. and Another, Children Alleged to be Neglected. HENRY C., Appellant; TAPITHA C., Respondent; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [932 NYS2d 688]—

Respondent's appeal is rendered moot by the subsequent entry of an order terminating his parental rights to the subject children (see Matter of Erica D. [Maria D.], 77 AD3d 505 [2010]). Concur—Mazzarelli, J.P., Catterson, Moskowitz, Renwick and Abdus-Salaam, JJ.

■ MADELINE B. WARD, Appellant, v CITY OF NEW YORK et al., Respondents. [932 NYS2d 689]—

At trial, plaintiff's counsel unequivocally stated that the sole theory of recovery upon which plaintiff's claims were premised was that of prior written notice to the City. Therefore, plaintiff waived affirmative negligence as a theory of liability, and her arguments pertaining thereto are not preserved for review (see Spierer v Bloomingdale's, 44 AD3d 336 [2007]).

Supreme Court providently exercised its discretion by denying plaintiff's motion to reopen.

We have considered plaintiff's remaining contentions and find them unpersuasive. Concur—Mazzarelli, J.P., Catterson, Moskowitz, Renwick and Abdus-Salaam, JJ.